IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV78-1-MU

| | |
|---|---|
| MICHAEL GARY BINGHAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| SUPT. CLIFFORD JOHNSON, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court upon the Petitioner's Motion to Proceed In Forma Pauperis, filed March 9, 2006.

The information contained in Petitioner's motion is insufficient to determine if he qualifies for in forma pauperis status. The Court will therefore need additional information before it can rule on whether Petitioner is qualified for in forma pauperis status. More specifically, the Court needs to have a copy of Petitioner's current Trust Fund Account statement. Upon receipt of this information the Court will determine whether to grant or deny Petitioner's Motion to Proceed In Forma Pauperis.

**IT IS, THEREFORE, ORDERED that:**

1. In addition to mailing copies of this Order to the parties, the Clerk is directed to mail a copy of this Order to the Buncombe Correctional Center**;** and

2. The Buncombe Correctional Center is ordered to provide the Court with a current copy of Petitioner's Trust Account Statement <u>within twenty (20) days of the filing of this Order</u>.

Signed: March 13, 2006

Graham C. Mullen
United States District Judge