IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV78-1-MU

| | |
|---|---|
| MICHAEL GARY BINGHAM, )<br>          Petitioner, )<br>)<br>v. )<br>)<br>SUPT. CLIFFORD JOHNSON, )<br>          Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon its own motion.

On March 9, 2006, Petitioner filed a federal habeas petition. On April 24, 2006, this Court entered an Order stating that the Attorney General of North Carolina had 40 days in which to respond to Petitioner's federal habeas petition. It has come to the Court's attention that this Court's Order was never sent to the Attorney General. To correct this oversight, the Court hereby grants Respondent 40 days from the filing of this Order in which to file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

It is so ordered.

Signed: June 7, 2006

Graham C. Mullen
United States District Judge